**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SAUL ARREOLA CARDENAS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAUL ARREOLA CARDENAS,<br><br>Defendant | Case No.: 18-CR-00159 DAD-BAM<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE STATUS CONFERENCE** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KIRK SHERRIFF, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SAUL ARREOLA CARDENAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the preliminary examination hearing/arraignment hearing currently set for Wednesday, July 25, 2018 be continued to Monday, July 30, 2018.

The above-captioned matter is currently set for preliminary hearing/arraignment on Wednesday, July 25, 2018 at 2:00 p.m. On that day, I will be traveling to Akron, Ohio to appear in federal matter the following day. This hearing was scheduled prior to this date being set. I respectfully request that his matter be continued to Monday, July 30, on the afternoon calendar. I have communicated via email with AUSA Angels Scott. Ms. Scott does not object to this request.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 7/23/18 */s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
SAUL ARREOLA-CARDENAS

DATED: 7/23/18 */s/Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED** that the preliminary examination hearing/arraignment (re Indictment) is continued from July 25, 2018 to Duty Calendar on Monday, July 30, 2018 at 2:00 PM. Time excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated: **July 23, 2018**   /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE