McGREGOR W. SCOTT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>     v.<br><br>SAUL ARREOLA-CARDENAS,<br>    Aka "Amadeo Perez Arreola,"<br><br>                     Defendant. | CASE NO. 1:18-CR-00159-DAD-BAM<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>CURRENT DATE: October 24, 2018<br>CURRENT TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe<br><br>PROPOSED DATE: December 17, 2018<br>PROPOSED TIME: 1:00 p.m.<br>COURT: Hon. Barbara A. McAuliffe<br><br>**Next Hearing: November 26, 2018 at 1:00** |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Saul Arreola-Cardenas, by and through defendant's counsel of record, David Torres, hereby stipulate as follows:

1. A status conference is set in this matter for October 24, 2018, and time had previously been excluded to that date pursuant to the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

2. By this stipulation, defendant now moves to continue the status conference until December 17, 2018, at 1:00 p.m. and to exclude time between October 24, 2018, and December 17,

1

2018, inclusive, under the Speedy Trial Act, 18 U.S.C.§ 3161(h)(7)(A), B(iv).

3. The parties agree and stipulate, and request that the Court find the following:

    a) The United States Forest Service recently informed the prosecuting AUSA that the Integral Ecology Research Center will be conducting an environmental assessment of the marijuana grow site at issue in this case on October 3, 2018. Such an evaluation may create discovery relevant to this case, which charges, among other violations, 18 U.S.C. § 1361 – Depredation of Government Property.

    b) Counsel for defendant desires additional time to review the current charges, to obtain the additional discovery, to review the discovery, to conduct research and investigation related to the charges and potential pretrial motions, and to consult with his client.

    c) Counsel has various conflicts in other cases between now and the proposed December 17, 2018 status conference that would not reasonably permit him to try this case any time between now and December 17, 2018.

    d) Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    e) The government does not object to the continuance.

    f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of October 24, 2018 to December 17, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

must commence.

      IT IS SO STIPULATED.

Dated: September 19, 2018        McGREGOR W. SCOTT
                                                    United States Attorney

                                                 /s/ ANGELA L. SCOTT
                                                 ANGELA L. SCOTT
                                                 Assistant United States Attorney


Dated: September 19, 2018
                                                 /s/ per email authorization
                                                        DAVID TORRES
                                                 Counsel for Defendant
                                                 SAUL ARREOLA-CARDENAS

**FINDINGS AND ORDER**

Pursuant to the parties' stipulation and good cause shown, IT IS HEREBY ORDERED that the status conference, currently set for September 24, 2018, is hereby vacated and continued to November 26, 2018, at 1:00 p.m. It is further ORDERED that the time period between September 24, 2018, and November 26, 2018, inclusive, is excluded from the calculation under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) for the reasons stated in the parties' stipulation.

IT IS SO ORDERED.

Dated:   **September 19, 2018**             /s/ *Barbara A. McAuliffe*
                                                        UNITED STATES MAGISTRATE JUDGE