DAVID A. TORRES AND ASSOCIATES
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
SAUL ARREOLA-CARDENAS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAUL ARREOLA CARDENAS,<br><br>Defendants. | Case No. 1:18-CR-00159 DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, SAUL ARREOLA-CARDENAS, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, April 22, 2019 be continued to Monday May 6, 2019.

On Friday, April 12, 2019, I commenced a vehicular manslaughter trial in the matter of *People v. Moroyoqui; BF169110A*, in the Kern County Superior Court in front of the Honorable John D. Oglesby. Trial is anticipated to last approximately two weeks. I have spoken AUSA Angela Scott and she has no objection to continuing the sentencing hearing. Time is excluded under the Speedy Trial Act in that good cause exists and that the ends of justice outweigh the interest of the public and the defendant in a speedy trial.

1

DATED: April 16, 2019

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
SAUL ARREOLA-CARDENAS

DATED: April 16, 2019

*/s/Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the sentencing hearing currently set for April 22, 2019 be continued to May 6, 2019 at 10:00am before District Judge Dale A. Drozd.

IT IS SO ORDERED.

Dated: **April 17, 2019**

_____
UNITED STATES DISTRICT JUDGE